UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv238-FDW

| JAMIE LEE BROWN, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| ERIK A. HOOKS | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court upon Petitioner Jamie Lee Brown's motion to withdraw his pro-se to 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus. (Doc. No. 6.)

The Petition was filed on August 28, 2017, and the Government has not been ordered to respond. The Court shall construe the motion to withdraw as a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall docket Petitioner's motion to withdraw (Doc. No. 6) as a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and close the instant civil action.

Signed: October 4, 2017

Frank D. Whitney
Chief United States District Judge